UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DANIEL DEAN KING, JR.** | **CASE NO. 3:21-CV-1653** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHN LUKE ROBERTSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant's motion to dismiss [doc. 19] be GRANTED, and Plaintiff's claims against Jay Russell be DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 6th day of January 2022.

Terry A. Doughty
United States District Judge